### * WILKINS *vs.* MADDREY.

1. That one of the jurors, by mistake, took a blackboard on which counsel for both plaintiff and defendant had figured in the course of their arguments, into the jury room, though wrong practice, will not necessitate a new trial where the board only remained in the jury room a few minutes, and from the affidavits of jurors it appears that none of the jury looked at it while it was there.  60 Ga., 740
2. The verdict is not contrary to evidence in this case.  60 Ga., 103.

JACKSON, Chief Justice.

### BARNES *et al. vs.* COLQUITT, governor.

The law requires a certified transcript of the record and a bill of exceptions to be sent to this court.   If no record be sent up, the case will be dismissed, even though the clerk may have stated in his certificate to the bill of exceptions that it contained the entire proceedings in the case, and that certain exhibits attached thereto (naming them) contained a full, complete and true transcript of the record in said case.   Parties and counsel are entitled to have an official record distinct from the bill of exceptions.

SPEER, Justice.

### STEELE *et al. vs.* PAYNE.

The record will not be scrutinized for error in the grant of a first new trial.

JACKSON, Chief Justice.

* No reports or opinions are published in the following cases, under the provisions of he act of March 2, 1875.  ( R.)